

FILED

2003 OCT 16  P 12:44

US DISTRICT COURT
HARTFORD CT

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| HANS LORICCO<br>       Plaintiff | CIVIL ACTION NO.<br>3:01 CV01456 (RNC) |
| VS. | |
| ANTHONY RESCIGNO,<br>KEVIN CONNOLLY and the<br>TOWN OF NORTH HAVEN<br>       Defendants | October 14, 2003 |

#### DEFENDANTS' MOTION TO WITHDRAW APPEARANCE

The undersigned, Stephen P Fogerty, hereby moves to withdraw his appearance on behalf of the defendants, Town of North Haven and Anthony Rescigno, in the above captioned matter. In support of this motion, the undersigned represents that the Town of North Haven and Anthony Rescigno are currently being represented by Attorney Thomas R. Gerarde and Attorney John J. Radshaw, III of the law firm of Howd & Ludorf. Additionally, the Town of North Haven and Anthony Rescigno are also being represented by Attorney Richard A. Roberts of the law firm of Nuzzo & Roberts, LLC in the above captioned matter. The undersigned counsel will continue to represent the defendant Kevin Connolly in this matter. The granting of this motion should in no way

---

315 Post Road West
Westport, CT 06880

**HALLORAN**
**& SAGE LLP**

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

prejudice the defense of the Town of North Haven and Anthony Rescigno.

THE DEFENDANT

BY: _____
STEPHEN P. FOGERTY
Fed. Bar No. ct 13583
HALLORAN & SAGE, LLP
315 Post Road West
Westport, CT 06880
Tel: (203) 227-2855

- 2 -

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

## CERTIFICATION

This is to certify that on this 14th day of October, 2003, the foregoing was mailed, postpaid, to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Richard A. Roberts, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410-0747

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Robert K. Ciulla, Esq.
Ciulla & Donofrio
127 Washington Avenue
North Haven, CT 06473

STEPHEN P. FOGERTY

474569.1(HS-FP)

- 3 -

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195