

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HANS LORICCO | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:01 CV01456 (RNC) |
| VS. | : | |
| | : | |
| ANTHONY RESCIGNO, | : | |
| KEVIN CONNOLLY and the | | |
| TOWN OF NORTH HAVEN | : | |
|     Defendants | : | October 14, 2003 |

### DEFENDANTS' MOTION TO WITHDRAW APPEARANCE

The undersigned, Robert A. Rhodes, hereby moves to withdraw his appearance on behalf of the Town of North Haven in the above captioned matter. In support of this motion, the undersigned represents that the Town of North Haven is currently being represented by Attorney Thomas R. Gerarde and Attorney John J. Radshaw, III of the law firm of Howd & Ludorf. Additionally, the Town of North Haven is also being represented by Attorney Richard A. Roberts of the law firm of Nuzzo & Roberts, LLC in the above captioned matter. The undersigned counsel will continue to represent Kevin Connolly in this matter. The granting of this motion should in no way prejudice

315 Post Road West  
Westport, CT 06880

**HALLORAN**  
**& SAGE LLP**

Phone (203) 227-2855  
Fax (203) 227-6992  
Juris No. 412195

the defense of the Town of North Haven.

> THE DEFENDANT:
>
> BY: _____
> ROBERT A. RHODES
> Fed. Bar No. ct 13583
> HALLORAN & SAGE, LLP
> 315 Post Road West
> Westport, CT 06880
> Tel: (203) 227-2855

- 2 -

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

## **CERTIFICATION**

This is to certify that on this 14th day of October, 2003, the foregoing was mailed, postpaid, to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Richard A. Roberts, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410-0747

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Robert K. Ciulla, Esq.
Ciulla & Donofrio
127 Washington Avenue
North Haven, CT 06473

_____
ROBERT A. RHODES

474564.1(HS-FP)

- 3 -

315 Post Road West
Westport, CT 06880

**HALLORAN**
**& SAGE LLP**

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195