

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HANS LORICCO | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:01 CV01456 (RNC) |
| VS. | : | |
| | : | |
| ANTHONY RESCIGNO, | : | |
| KEVIN CONNOLLY and the | : | |
| TOWN OF NORTH HAVEN | : | |
| Defendants | : | October 14, 2003 |

### DEFENDANTS' MOTION TO WITHDRAW APPEARANCE

The undersigned, Stephen P Fogerty, hereby moves to withdraw his appearance on behalf of the defendants, Town of North Haven and Anthony Rescigno, in the above captioned matter. In support of this motion, the undersigned represents that the Town of North Haven and Anthony Rescigno are currently being represented by Attorney Thomas R. Gerarde and Attorney John J. Radshaw, III of the law firm of Howd & Ludorf. Additionally, the Town of North Haven and Anthony Rescigno are also being represented by Attorney Richard A. Roberts of the law firm of Nuzzo & Roberts, LLC in the above captioned matter. The undersigned counsel will continue to represent the defendant Kevin Connolly in this matter. The granting of this motion should in no way

October 30, 2003. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992