UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HANS LORICCO<br>　　　　Plaintiff | CIVIL ACTION NO.<br>3:01 CV01456 (RNC) |
| VS. | |
| ANTHONY RESCIGNO,<br>KEVIN CONNOLLY and the<br>TOWN OF NORTH HAVEN<br>　　　　Defendants | October 14, 2003 |

### DEFENDANTS' MOTION TO WITHDRAW APPEARANCE

The undersigned, Robert A. Rhodes, hereby moves to withdraw his appearance on behalf of the Town of North Haven in the above captioned matter. In support of this motion, the undersigned represents that the Town of North Haven is currently being represented by Attorney Thomas R. Gerarde and Attorney John J. Radshaw, III of the law firm of Howd & Ludorf. Additionally, the Town of North Haven is also being represented by Attorney Richard A. Roberts of the law firm of Nuzzo & Roberts, LLC in the above captioned matter. The undersigned counsel will continue to represent Kevin Connolly in this matter. The granting of this motion should in no way prejudice

October 30, 2003. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

FILED 2003 NOV 3

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195