UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HANS LORICCO, ET AL | : | CIVIL ACTION NO. 3:01-cv-01457(RNC) |
| V. | : | |
| ANTHONY RESCIGNO, ET AL | : | APRIL 21, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel respectfully moves to withdraw his Appearance on behalf of the defendant, Kevin Connolly, in the above-captioned matter. The defendant will continue to be represented by Robert A. Rhodes of Halloran & Sage, LLP, whose Appearance is already on file.

WHEREFORE, the undersigned respectfully requests that his Motion to Withdraw Appearance be granted.

THE DEFENDANT:
KEVIN CONNOLLY

By _____
Stephen P. Fogerty of
HALLORAN & SAGE LLP
Fed. Bar #ct 01398
315 Post Road West
Westport, CT 06880
(203) 227-2855

## CERTIFICATION

       This is to certify that on this 14th day of April, 2004, I hereby mailed a copy of the foregoing to:

John R. Williams, Esq.
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510

William Sylvester Palmieri, Esq.
205 Church St., Str. 333
New Haven, CT 06510

Richard A. Roberts, Esq.
Nuzzo & Roberts, LLC
One Town Center
P. O. Box 747
Cheshire, CT 06410-0747

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Robert K. Ciulla, Eq.
Ciulla & Donofrio
127 Washington Avenue
North Haven, CT 06473

                                           Stephen P. Fogerty