FILED
2004 APR 27 A 11: 21
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HANS LORICCO, ET AL | : | CIVIL ACTION NO.<br>3:01-cv-01457(RNC) |
| V. | : | |
| ANTHONY RESCIGNO, ET AL | : | APRIL 14, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel respectfully moves to withdraw his Appearance on behalf of the defendant, Kevin Connolly, in the above-captioned matter. The defendant will continue to be represented by Robert A. Rhodes of Halloran & Sage, LLP, whose Appearance is already on file.

WHEREFORE, the undersigned respectfully requests that his Motion to Withdraw Appearance be granted.

Granted. So ordered.
Robert N. Chatigny /s/ U.S.D.J.
April 28, 2004.

FILED
2004 APR 28 A 11: 44
U.S. DISTRICT COURT
HARTFORD, CT.

THE DEFENDANT,
KEVIN CONNOLLY

By _____
Stephen P. Fogerty of
HALLORAN & SAGE LLP
Fed. Bar #ct 01398
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT 06880

**HALLORAN**
**& SAGE LLP**

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195