UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

HANS LORICCO, ET AL.,               :
                                    :
        Plaintiffs,                 :
                                    :
    v.                              : CASE NO. 3:01CV1457(RNC)
                                    :
ANTHONY RESCIGNO, ET AL.,           :
                                    :
        Defendants.                 :

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

____    To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

____    To supervise discovery and resolve discovery disputes (orefmisc./dscv);

____    A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

_X_     To conduct settlement conferences (orefmisc./cnf);

____    To conduct a prefiling conference (orefmisc./cnf);

____    To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

____    A ruling on the following pending motions (orefm.):
        _____
        _____
        _____

        So ordered.

        Dated at Hartford, Connecticut this      day of April 2004.


                        _____
                                 /s/RNC
                            Robert N. Chatigny
_____    United States District Judge