UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HANS LORICCO | : | NO.: 3:01CV01457 (RNC) |
| | : | |
| v. | : | |
| | : | |
| ANTHONY RESCIGNO, | : | |
| KEVIN CONNOLLY AND | : | |
| THE TOWN OF NORTH HAVEN | : | APRIL 30, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b)1(a), the defendants, ANTHONY RESCIGNO and the TOWN OF NORTH HAVEN, hereby move the Court for an enlargement of time of hundred-two (102) days, up to and including Monday, August 9, 2004, in which to file a joint trial memorandum.

The undersigned counsel has contacted counsel for the plaintiff, Attorney John R. Williams, and Attorney Williams has no objection to the granting of this motion.

This is the first request for an enlargement of time made by this defendant relative to the joint trial memorandum.  The Mandate issued by the Court of Appeals on April 2, 2004, was just received and counsel for the parties are involved in settlement discussions and require additional time in which to file the joint trial memorandum due to settlement discussions.

WHEREFORE, the undersigned defendants, ANTHONY RESCIGNO and the TOWN OF NORTH HAVEN, hereby request that their Motion for Enlargement of Time, up to and including, Monday, August 9, 2004, be granted.

    DEFENDANTS,
    ANTHONY RESCIGNO AND THE
    TOWN OF NORTH HAVEN


    By/s/John J. Radshaw, III
      John J. Radshaw, III
      ct19882
      Howd & Ludorf
      65 Wethersfield Avenue
      Hartford, CT  06114
      (860) 249-1361
      (860) 249-7665 – Fax

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 30th day of April, 2002.

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Robert K. Ciulla, Esquire
Ciulla & Donofrio, LLP
127 Washington Avenue
P.O. Box 219
North Haven, CT  06473

Stephen P. Fogerty, Esquire
Robert A. Rhodes, Esquire
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880

Richard A. Roberts, Esquire
Nuzzo & Roberts, LLC
One Town Center
Cheshire, CT  06410

A. Jeffrey Somers, Esquire
Law Offices of Larry Lewis
639 Research Parkway
Meriden, CT  06450

/s/John J. Radshaw, III
John J. Radshaw, III