FILED

2004 MAY -3 A 11: 24

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

HANS LORICCO : NO.: 3:01CV01457 (RNC)

v. :

ANTHONY RESCIGNO,
KEVIN CONNOLLY AND
THE TOWN OF NORTH HAVEN : APRIL 30, 2004

### MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b)1(a), the defendants, ANTHONY RESCIGNO and the TOWN OF NORTH HAVEN, hereby move the Court for an enlargement of time of hundred-two (102) days, up to and including Monday, August 9, 2004, in which to file a joint trial memorandum.

The undersigned counsel has contacted counsel for the plaintiff, Attorney John R. Williams, and Attorney Williams has no objection to the granting of this motion.

This is the first request for an enlargement of time made by this defendant relative to the joint trial memorandum. The Mandate issued by the Court of Appeals on April 2, 2004, was just received and counsel for the parties are involved in settlement discussions and require additional time in which to file the joint trial memorandum due to settlement discussions.

Granted. So ordered.
Robert N. Chatigny, U.S.D.J.
May 5, 2004.

FILED
2004 MAY -6 A 7:56
U.S. DISTRICT COURT
HARTFORD, CT.