UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HANS LORICCO | : |
| | NO. 3:01CV1457 (RNC) |
| VS. | : |
| ANTHONY RESCIGNO, KEVIN | : |
| CONNOLLY and the | |
| TOWN OF NORTH HAVEN | :   AUGUST 6, 2004 |

# **A P P E A R A N C E**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the plaintiffs,

Hans Loricco

_____
Joseph M. Merly
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct21266
His Attorney

## CERTIFICATION OF SERVICE

_____This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on July 30, 2004, to the following counsel of record:

Robert K. Ciulla, Esq.John H. Radshaw, III, Esq.
Ciulla & DonofrioHowd & Ludorf
127 Washington Avenue65 Wethersfield Avenue
North Haven, CT 06473Hartford, CT 06114
Fax: 203.234.0379Fax: 860.522.9549

_____
Joseph M. Merly