UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HANS LORICCO and | : | |
| NORTH HAVEN AUTO SALES | : | |
| & SERVICE, INC. | : | |
| | : | |
| VS. | : | NO. 3:01CV1457 (RNC) |
| | : | |
| ANTHONY RESCIGNO and the | : | |
| TOWN OF NORTH HAVEN | : | FEBRUARY 20, 2005 |

## STIPULATION TO DISMISS

The parties have settled this case. Accordingly, it is stipulated that the action may be dismissed with prejudice and without costs.

THE PLAINTIFF

BY_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

**CERTIFICATION**

On the date above stated, copies hereof were sent to:

Richard A. Roberts, Esq.  John H. Radshaw, III, Esq.
Nuzzo & Roberts, LLC  Howd & Ludorf
P. O. Box 747  65 Wethersfield Avenue
Cheshire, CT 06410  Hartford, CT 06114
Fax: 203.250.3131  Fax: 860.522.9549

_____
JOHN R. WILLIAMS