UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

HANS LORICCO and
NORTH HAVEN AUTO SALES
& SERVICE, INC.

VS.

ANTHONY RESCIGNO and the
TOWN OF NORTH HAVEN

NO. 3:01CV1457 (RNC)

FEBRUARY 20, 2005

### STIPULATION TO DISMISS

The parties have settled this case. Accordingly, it is stipulated that the action may be dismissed with prejudice and without costs.

THE PLAINTIFF

BY /s/
JOHN R. WILLIAMS (ct00215)
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

February 23, 2005. Approved. So ordered.

Robert N. Chatigny, U.S.D.J.